UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSEMARY GARRETT,** | NO. EDCV 07-549-MAN |
| **Plaintiff,** | |
| v. | JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of the** **Social Security Administration,** | |
| **Defendant.** | |

Pursuant to the Court's Memorandum Opinion and Order,

It IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate calculation and payment of benefits in accordance with the Memorandum Opinion and Order filed concurrently herewith.

DATED: September 19, 2008

                                                             /s/
                                        MARGARET A. NAGLE
                          UNITED STATES MAGISTRATE JUDGE